Lakeith Byron BROWN,
Plaintiff–Appellant,

v.

Alton BASKERVILLE; G. Washington;
E. Barksdale; T. Ray; S. Hill; A.
Johnson; E. Graham; L. Cei; S.
McNamara; R. Barlow; T. Neumayer;
S.V. Preutte; R. Hildebrand, Defendants–Appellees.

No. 01–7459.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Lakeith Byorn Brown, pro se.

Before WILKINS, MICHAEL, and
KING, Circuit Judges.

PER CURIAM.

Lakeith Byron Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Brown v. Baskerville,* No. CA–01–10 (E.D. Va. June 28, 2001). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*